FILED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OA 91 Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA
V.

ALEJANDRO TOSCANO-VASQUEZ
AKA: Zamudio Acosta Vazquez, David Alejandro
Vazquez, and David Godinez-Vasquez

**CRIMINAL COMPLAINT**

Case Number: 3 08 70177 JCS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about **January 3, 2008** in **San Mateo** County, in the **Northern** District of **California** defendant(s) did,

(Track Statutory Language of Offense)

SEE ATTACHMENT "A"

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT MADE A PART HEREOF

PENALTIES: Imprisonment for not more than twenty (20) years and/or a fine of not more than two-hundred fifty thousand ($250,000.00) dollars, a one-hundred ($100.00) dollar special assessment, and three (3) years supervised release.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved As To Form: _____ AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

3/26/08
Date

at San Francisco, California
City and State

JOSEPH C. SPERO
HONORABLE ~~ELIZABETH D. LAPORTE~~  U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT "A"

On or about January 3, 2008, the defendant, Alejandro Toscano-Vasquez (AKA: Zamudio Acosta Vazquez, David Alejandro Vazquez, and David Godinez-Vasquez), an alien having been previously deported from the United States, was found in San Mateo County, in the State and Northern District of California, without having obtained express consent for reapplication for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557).

| | |
|---|---|
| STATE AND NORTHERN DISTRICT OF CALIFORNIA | ) |
| | ) ss, AFFIDAVIT |
| COUNTY OF SAN FRANCISCO | ) |

The undersigned, being duly sworn, do hereby state:

## I. INTRODUCTION

1.  My name is Polly E. Kaiser, and I have been a Deportation Officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately five years. I am currently assigned under the Field Office Director, San Francisco, California (FOD/SF) in the Detention and Removal Operations (DRO) division. I am presently attached to the Prosecutions Unit of the Criminal Alien Program, a group that is responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

2.  As set forth below, I believe that probable cause exists to support a complaint against Alejandro Toscano-Vasquez (aka: Zamudio Acosta Vazquez, David Alejandro Vazquez, and David Godinez-Vasquez) for a violation of Title 8, United States Code § 1326. The facts set forth in this Affidavit are based on my review of the official Immigration Service file (A97 762 643) of Alejandro Toscano-Vasquez, my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all facts related to Alejandro Toscano-Vasquez that are known to me.

## II. STATEMENT OF PROBABLE CAUSE

3.  Alejandro Toscano-Vasquez is a 26 year-old male who is a native and citizen of Mexico, who last entered the United States illegally by crossing the international border with Mexico on or about December 2007 via Nogales, Arizona, and knowingly remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

4.  The official Immigration Service file for Alejandro Toscano-Vasquez contains one executed Warrant of Removal. The Warrant of Removal indicates that Alejandro Toscano-Vasquez was last removed from the United States to Mexico at San Ysidro, California, on August 25, 2007.

5.  On January 3, 2008, Immigration and Customs Enforcement Officers encountered Alejandro Toscano-Vasquez while he was incarcerated at the San Mateo County Jail. On the same date, Immigration Enforcement Agent Anthony Taitague placed an immigration detainer on Alejandro Toscano-Vasquez.

6. On March 20, 2008 when Alejandro Toscano-Vasquez was released from San Mateo County Jail to immigration custody he was interviewed by Immigration Enforcement Agent Anthony Taitague at the Bureau of Immigration and Customs Enforcement District Office, in San Francisco, California. After he was advised of his Miranda rights and the right to speak with the consular or diplomatic officers of his country of citizenship, Alejandro Toscano-Vasquez waived his rights and provided a sworn statement in which he admitted that he was a citizen of Mexico and that he had been previously deported. Alejandro Toscano-Vasquez also admitted that he had returned to the United States without having first obtained permission to re-enter from either the Secretary of the Department of Homeland Security or the Attorney General of the Department of Justice.

7. On March 25, 2008, AFIS (the Automated Fingerprint Identification System) confirmed that the fingerprints from Alejandro Toscano-Vasquez's fingerprint card taken on March 20, 2008 are identical with prints on file with the Federal Bureau of Investigations (FBI) for FBI number 81776MB3. The same prints were a match to the fingerprint appearing on the August 25, 2007 Warrant of Removal for Alejandro Toscano-Vasquez who was previously removed from the United States.

8. There is no indication in the official files of the United States Bureau of Immigration and Customs Enforcement that the defendant has applied for, or been granted the requisite permission to re-enter the United States from either the Attorney General of the United States or the Secretary of the Department of Homeland Security. Further, in his sworn statement, Alejandro Toscano-Vasquez admitted that he had not applied to the Attorney General or the Secretary of the Department of Homeland Security for permission to re-enter the Unites States after deportation.

//

//

//

//

//

//

//

//

//

## III. CONCLUSION

9.     On the basis of the above information, I submit that there is probable cause to believe that Alejandro Toscano-Vasquez, illegally reentered the United States following deportation, in violation of Title 8, United States Code § 1326.

Polly E. Kaiser
Deportation Officer U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
San Francisco, California

Subscribed and sworn to before me this 26th day of March 2008.

JOSEPH C. SPERO
~~The Honorable Elizabeth D. Laporte~~
United States Magistrate Judge
Northern District of California
San Francisco, California