# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

E-filing

---

UNITED STATES OF AMERICA,

V.

ALEJANDRO TOSCANO-VASQUEZ

DEFENDANT(S).

---

## INDICTMENT

VIOLATION:  8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____
Foreman

Filed in open court this __2nd__ day of

__APRIL 2008__

_____
Clerk

Bail, $ __NO PROCESS__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ ALEJANDRO TOSCANO-VASQUEZ

DISTRICT COURT NUMBER

MMC

**PENALTY:**
Maximum Prison Term of 10 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-08-70177 JCS

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALBERT B. SAMBAT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year  3/27/2008

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5  E-filing
6
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,           )   No.
                                         )
13 |     Plaintiff,                      )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                         )   Reentry Following Deportation
14 |   v.                                )
                                         )
15 | ALEJANDRO TOSCANO-VASQUEZ,          )   SAN FRANCISCO VENUE
     a/k/a Zamudio Acosta Vazquez,       )
16   a/k/a David Alejandro Vazquez,      )
     a/k/a David Godinez-Vasquez,        )
17                                       )
         Defendant.                      )
18                                       )
                                         )
19
                            INDICTMENT
20
   The Grand Jury charges:
21
       On or about August 25, 2007, the defendant,
22
                    ALEJANDRO TOSCANO-VASQUEZ,
23                     a/k/a Zamudio Acosta Vazquez,
                       a/k/a David Alejandro Vazquez,
24                     a/k/a David Godinez-Vasquez,

25 an alien, was excluded, deported and removed from the United States, and thereafter, on or about

26 March 20, 2008, was found in the Northern District of California, the Attorney General of the

27 United States and the Secretary of Homeland Security not having expressly consented to a

28 //

INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8, United
2  States Code, Section 1326.
3
4  DATED:                                            A TRUE BILL.
5
6                                                   _____
                                                    FOREPERSON
7
   JOSEPH P. RUSSONIELLO
8  United States Attorney
9
10 _____
   KYLE WALDINGER
11 Deputy Chief, Major Crimes Division
12
   (Approved as to form: _____)
13                      SAUSA SAMBAT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT