JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Lara.Kroop2@usdoj.gov
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7129
   FAX: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ALEJANDRO TOSCANO-VASQUEZ, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 08-00220 MMC <br><br> **NOTICE OF SUBSTITUTION OF ATTORNEY** |

   PLEASE TAKE NOTICE that the United States, through Lara M. Kroop, Special Assistant United States Attorney, hereby appears in this matter in substitution of Albert B. Sambat.

DATED:   April 7, 2008          Respectfully Submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Lara M. Kroop
                                          LARA M. KROOP
                                          Special Assistant United States Attorney