UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 16 2008                    E-filing

Case No. __CR-08-0220 MMC__        JUDGE:    **Maxine M. Chesney**

__ALEJANDRO TOSCANO-VASQUEZ__ *        Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

__LARA KROOP__                          __GEOFFREY HANSEN__
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**          Reporter: __Belle Ball__

### PROCEEDINGS

REASON FOR HEARING   __Change of Plea__

RESULT OF HEARING    __No Plea Agreement.__
__Δ pled guilty to Count one of__
__one-count indictment.__

__* Spanish interpreter - Victor Martinez__

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
                (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to __7/9/08 @ 2:30__ for __Judgment & Sentencing__

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____