1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Chief Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant TOSCANO-VASQUEZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-08 - 220 MMC
                                      )
12 |          Plaintiff,               )
                                      )
13 | vs.                               )   **STIPULATION AND ORDER**
                                      )   **TO CONTINUE SENTENCING**
14 | ALEJANDRO TOSCANO-VASQUEZ,       )   **DATE**
                                      )
15 |          Defendant.               )
   |_____)
16

17      The parties hereby agree that the sentencing date in this matter, presently set for July 9,

18 2008, be continued until July 23, 2008 at 2:30. This continuance is necessary because defense

19 counsel will be out of the office on July 9, and will not be returning until July 23, 2008. The

20 parties have today received the presentence report, and will be ready to proceed on the new

21 sentencing date. The Probation Officer assigned to the case has informed counsel that she has

22 no objection to a continuance of the sentencing date.

23      For those reasons, a continuance is requested.

24

25

26

                                              1

1

2
   Date:   June 26, 2008                                     /s/

3
                                            Geoffrey A. Hansen
                                            Counsel for the Defendant

4

5
   Date:   June 26, 2008                                     /s/
                                            Lara Kroop

6
                                            Assistant United States Attorney

7

**IT IS SO ORDERED.**

8

9
   Dated:   June 27, 2008

10
                                            Maxine M. Chesney
                                            United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26