BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TOSCANO-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEJANDRO TOSCANO-VASQUEZ,<br><br>　　　　　Defendant. | No. CR-08 - 220 MMC<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

All of the parties jointly agree that Mr. Toscano-Vasquez should be sentenced to the low end of the guideline range, which is 10 months. The Probation Officer has done an excellent job setting forth not only Mr. Toscano-Vasquez's background and reasons for his actions in this case, but has explained very well the reasons why the 10 month sentence is appropriate in this case. *See* PSR Recommendation at 1-2. For those reasons, the defendant respectfully asks that this Court sentence him to 10 months in custody, and impose the other conditions recommended by the Probation Officer.

//

Sentencing Memorandum; *Toscano-Vasquez*
CR08-0220 MMC                                1

1  Dated: July 17, 2008

2                                          Respectfully submitted,

3                                          BARRY J. PORTMAN
                                           Federal Public Defender
4
                                                   /S/
5
                                           GEOFFREY A. HANSEN
6                                          Chief Assistant Federal Public Defender