UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES          E-filing

Date: __JUL 2 3 2008__

Case No. __CR·08-0220 MMC__          JUDGE: Maxine M. Chesney

__ALEJANDRO TOSCANO-VASQUEZ__ *   Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

__LARA KROOP__                    __GEOFFREY HANSEN__
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT

Deputy Clerk: __TRACY LUCERO__    Reporter: __CATHERINE EDWARDS__

PROCEEDINGS

REASON FOR HEARING __Judgment & Sentencing - HELD.__

RESULT OF HEARING __SENTENCE - 10 months in custody, 3 years supervised release, $100 special assessment. No false identification, no fine, no weapons. USPO - Jacqueline Sharpe__
__* Spanish interpreter - Melinda Basker__

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
           (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(10 min)